No. 71–941.   FERRARA ET AL. v. UNITED STATES.   C. A. 2d Cir.   Motion to defer consideration and certiorari denied.

No. 71–956.   FREEMAN, GUARDIAN, ET AL. v. FLAKE ET AL.   C. A. 10th Cir.   Certiorari denied.

MR. JUSTICE DOUGLAS, dissenting.

Today the Court declines to decide whether a public school may constitutionally refuse to permit a student to attend solely because his hair style meets with the disapproval of the school authorities.   The Court also denied certiorari in *Olff* v. *East Side Union High School District,* 404 U. S. 1042, which presented the same issue. I dissented in *Olff,* and filed an opinion.   For the same reasons expressed therein, I dissent today.   I add only that now eight circuits have passed on the question.   On widely disparate rationales, four have upheld school hair regulations (see *Freeman* v. *Flake,* 448 F. 2d 258 (CA10 1971); *King* v. *Saddleback Junior College District,* 445 F. 2d 932 (CA9 1971); *Jackson* v. *Dorrier,* 424 F. 2d 213 (CA6 1970); and *Ferrell* v. *Dallas Independent School District,* 392 F. 2d 697 (CA5 1968)), and four have struck them down (see *Massie* v. *Henry,* 455 F. 2d 779 (CA4 1972); *Bishop* v. *Colaw,* 450 F. 2d 1069 (CA8 1971); *Richards* v. *Thurston,* 424 F. 2d 1281 (CA1 1970); and *Breen* v. *Kahl,* 419 F. 2d 1034 (CA7 1969)).

I can conceive of no more compelling reason to exercise our discretionary jurisdiction than a conflict of such magnitude, on an issue of importance bearing on First Amendment and Ninth Amendment rights.

No. 71–5923.   FAIRMAN ET AL. v. UNITED STATES. C. A. 5th Cir.   Motion for testing physical evidence and certiorari denied.